**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY HOLLIFIELD, | CASE NO. 2:25-cv-02542 |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL – JOHN C. FUNK, ESQ.** |
| TELESTEPS LADDER, INC., a Washington Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

TO: THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

Please take notice that John C. Funk, Esq. of the law firm of MOSS BERG INJURY LAWYERS, is no longer appearing as counsel for the Plaintiff and should be removed from the distribution list in this case effective immediately, as he is no longer with the firm.

DATED this _20th_ day of May, 2026.

IT IS SO ORDERED
Dated: May 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1