MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY HOLLIFIELD,<br><br>Plaintiff,<br><br>v.<br><br>TELESTEPS LADDER, INC., a Washington Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | **CASE NO. 2:25-cv-02542-GMN-NJK** |

**STIPULATION AND ORDER TO STAY BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PENDING RESOLUTION OF PLAINTIFF'S FORTHCOMING DISCOVERY MOTION**

Plaintiff Amy Hollifield ("Plaintiff"), by and through her counsel of record, and Defendant Telesteps Ladder, Inc. ("Defendant"), by and through its counsel of record, hereby stipulate and agree, subject to approval of the Court, to stay the briefing schedule concerning Defendant's pending Motion for Summary Judgment [Doc No. 27] as follows:

1. Defendant has filed a Motion for Summary Judgment that is presently pending before the Court.

2. The parties have a discovery dispute concerning the adequacy of Defendant's Rule 30(b)(6) deposition and whether Plaintiff is entitled to a supplemental deposition of Defendant's corporate representative. The parties met and conferred regarding that dispute but were unable to reach a resolution.

3. Plaintiff intends to file, on or before September 8, 2026, a motion seeking, among other relief, to compel a supplemental Rule 30(b)(6) deposition of Defendant and to extend the discovery deadline for purposes of conducting that deposition. Defendant disputes that Plaintiff is entitled to such relief and reserves all rights and arguments in opposition.

4. Because the discovery sought by Plaintiff may bear upon Plaintiff's opposition to Defendant's pending Motion for Summary Judgment, the parties agree that, in the interests of judicial economy and to avoid potentially unnecessary or duplicative briefing, the briefing schedule on Defendant's Motion for Summary Judgment should be stayed pending resolution of Plaintiff's forthcoming discovery motion.

5. Accordingly, pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, the parties stipulate that Plaintiff's deadline to file an opposition to Defendant's Motion for Summary Judgment, and Defendant's corresponding deadline to file a reply, shall be stayed pending resolution of Plaintiff's forthcoming discovery motion.

6. If the Court denies Plaintiff's request for a supplemental Rule 30(b)(6) deposition, Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be due fourteen (14) days after entry of the Court's order denying that relief, and Defendant's reply shall thereafter be due in accordance with the applicable rules.

7. If the Court grants Plaintiff's request for a supplemental Rule 30(b)(6) deposition, Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be due thirty (30) days

after completion of the supplemental Rule 30(b)(6) deposition, and Defendant's reply shall thereafter be due in accordance with the applicable rules.

8. This stipulation concerns only the briefing schedule on Defendant's pending Motion for Summary Judgment. Nothing herein constitutes an agreement or concession concerning the merits of the parties' discovery dispute, Plaintiff's forthcoming motion, Defendant's Motion for Summary Judgment, or any argument or defense available to either party.

9. This request is made in good faith and not for purposes of delay. Rather, the requested stay will permit the Court to resolve the parties' threshold discovery dispute before requiring Plaintiff to oppose a dispositive motion that Plaintiff contends implicates the discovery at issue. Accordingly, the parties agree, aver, and stipulate that good cause exists for the requested relief.

10. This is the parties' first request to stay or extend the briefing schedule on Defendant's Motion for Summary Judgment.

**STIPULATED TO BY:**

DATED this 26th_ day of August 2026.

MOSS BERG INJURY LAWYERS

/s/ ***Marcus A. Berg, Esq.***

MARCUS A. BERG, ESQ.
Nevada Bar No, 9670
marcus@mossberglv.com
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
ANA AMEZAGA, ESQ.
Nevada Bar No. 16790
ana@mossberglv.com
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 26th day of August 2026.

BRANDON|SMERBER LAW FIRM

/s/ ***Ryan Venci, Esq.***

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – facsimile
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
Attorneys for Defendant,
TELESTEPS LADDER,

# ORDER

**IT IS HEREBY ORDERED** that the foregoing Stipulation is GRANTED.

**IT IS FURTHER ORDERED** that briefing on Defendant's Motion for Summary Judgment [Doc No. 27] is STAYED pending resolution of Plaintiff's forthcoming motion concerning Defendant's Rule 30(b)(6) deposition.

If the Court denies Plaintiff's request for a supplemental Rule 30(b)(6) deposition, Plaintiff shall file her opposition to Defendant's Motion for Summary Judgment within fourteen (14) days after entry of the Court's order denying that relief.

If the Court grants Plaintiff's request for a supplemental Rule 30(b)(6) deposition, Plaintiff shall file her opposition to Defendant's Motion for Summary Judgment within thirty (30) days after completion of the supplemental deposition.

Defendant's reply shall thereafter be due in accordance with the applicable rules.

**IT IS SO ORDERED.**

**DATED** this 26 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT