**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Amy Hollifield,
Plaintiff(s),
v.
Telesteps Ladder, Inc.,
Defendant(s).

Case No. 2:25-cv-02542-GMN-NJK

**Order**

Pending before the Court is a stipulation to continue the settlement conference, Docket No. 31, which the Court **GRANTS**. The settlement conference is reset for 10:00 a.m. on March 2, 2027. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on February 23, 2027. All other requirements in the prior settlement conference order (Docket No. 29) continue to govern.

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge